IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01182-WYD-KLM

SEAN KEITH,

    Plaintiff,

v.

HCA-HEALTHONE, LLC, doing business as Rose Medical Center,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Entry of Stipulated Protective Order [#13]** (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#13-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: November 14, 2014