IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01182-WYD-KLM

SEAN KEITH,

    Plaintiff,

v.

HCA-HEALTHONE, LLC, doing business as Rose Medical Center,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Amend the Scheduling Order** [#20] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. The discovery deadline is extended to **June 3, 2015** for the sole purpose of taking the deposition of Wendy Fivehouse. The dispositive motions deadline is extended to **June 15, 2015**.

    Dated: May 27, 2015