IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01182-WYD-KLM

SEAN KEITH,

    Plaintiff,

v.

HCA-HEALTHONE LLC, d/b/a ROSE MEDICAL CENTER,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice filed July 24, 2015.  After a careful review of the motion and the file, it is

ORDERED that the Stipulated Motion for Dismissal With Prejudice is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear his or its own costs and attorney fees.  In light of the dismissal, it is

ORDERED that Defendant's Motion for Summary Judgment filed June 15, 2015 (ECF No. 23) is **DENIED AS MOOT**.

    Dated:  July 27, 2015

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge